IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS VAZQUEZ,

    Plaintiff,                               CIV. NO. S- 09-2143 GEB GGH PS

    vs.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.                          ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on January 7, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The January 7, 2009 hearing on the motion to dismiss, filed October 8, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: January 5, 2010

                                              /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Vazquez2143.vac2.wpd