1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NICHOLAS VAZQUEZ,

11          Plaintiff,                    CIV-S-09-2143 GEB GGH PS

12       vs.

13   U.S. BANK NAT'L. ASSO., et al.,

14          Defendants.                   ORDER

15   _____/

16          On January 28, 2010, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Findings and Recommendations in full.

25   \\\\\

26   \\\\\

                                              1

1          Accordingly, IT IS ORDERED that:

2          1.  The Findings and Recommendations filed January 28, 2010, are ADOPTED;

3  and

4          2.  Defendants' motion to dismiss, filed October 8, 2009 (docket #9), is granted,

5  and this action is dismissed with prejudice for lack of subject matter jurisdiction.  The court

6  declines to exercise supplemental jurisdiction over plaintiff's state law claims, and those claims

7  are dismissed without prejudice under 28 U.S.C. § 1367(c)(3).

8  Dated:  March 18, 2010

9

10                                                _____
                                                   GARLAND E. BURRELL, JR.
11                                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26